UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

**DEBRA M. THIBODEAUX**

    Plaintiff

Vs.

**CAPITAL MANAGEMENT SERVICES GROUP, INC.
d/b/a , CAPITAL MANAGEMENT SERVICES LP**

    Defendant.

Case No. 3:12-cv-61

Judge Thomas M. Rose

---

**ORDER GRANTING
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

---

Upon the motion of Plaintiff, Debra M. Thibodeaux, and for good cause shown, default judgment is hereby GRANTED against Defendant Capital Management Services Group, Inc. d/b/a, Capital Management Services LP.

A notice setting a hearing as to the issue of damages will be issued following this Order. Plaintiff is to file a motion to award damages with supporting affidavits by June 15, 2012.

IT IS SO ORDERED.

                                        s/Thomas M. Rose
                                        _____
                                        Judge Thomas M. Rose